IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMAAL WATTS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | No. 20 cv07046 |
| ) | Judge Franklin Valderrama |
| ESTES EXPRESS LINES, INC., ) | Magistrate Sheila Finnegan |
| A foreign corporation, ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF'S AGREED MOTION TO DISMISS THE CASE BASED ON SETTLEMENT

**NOW COMES** the Plaintiff, JAMAALWATTS, by his attorneys BENJAMIN AND SHAPIRO, LTD., and move this court for the entry of an order dismissing this cause with prejudice, the parties having agreed to settle this matter, with both sides bearing their own costs.

**WHEREFORE,** the Plaintiff requests that the court enter an order dismissing this cause with prejudice, the parties having agreed to settle this matter, with both sides bearing their own costs.

                                                                         JAMAAL WATTS

                                    By:   /s/ Scott Skaletsky
                                                  Benjamin and Shapiro, Ltd.

**Scott Skaletsky**
**Benjamin and Shapiro, Ltd.**
**180 N. LaSalle Street, Suite 2600**
**Chicago, IL 60601**
**(312) 641-5944**
**ARDC #6181405**
**pleadings@benshaplaw.com**