## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jamaal Watts

                      Plaintiff,

v.                                         Case No.: 1:20−cv−07046
                                                     Honorable Sheila M. Finnegan

Estes Express Lines, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 4, 2021:

      MINUTE entry before the Honorable Sheila M. Finnegan: Plaintiff's Agreed Motion to Dismiss the Case Based on Settlement [28] is granted. Pursuant to Fed. R. Civ. P. 41, this action and all asserted claims are dismissed with prejudice with each party bearing its own costs and fees The telephone hearing set on 11/4/2021 is cancelled. Civil case terminated. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.